**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**KRISTY MITCHELL SONES,**                                                                 **PLAINTIFF**
*Administratrix of the Estate of*
*Mary Mabie, deceased*

**v.**                                                                 **CIVIL ACTION NO. 1:26-cv-29-TBM-RPM**

**JARED "JC" TURNER** *et al.*                                                                 **DEFENDANTS**

**ORDER**

On June 16, 2026, Plaintiff Kristy Mitchell Sones, as Administratrix of the Estate of Mary Mabie, moved for default judgment against Defendants Daniel Eugene Lindsey, Jared "JC" Turner, and JC South Pilot Car Service, LLC. [19], [20], [21]. After a thorough review of the motions, the Court holds that Sones's motions are denied without prejudice.

Sones's motions are not properly before this Court. Prior to filing a motion for default judgment, the party seeking the default judgment must first seek an entry of default from the clerk under Rule 55(a) of the Federal Rules of Civil Procedure. *New York Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996) ("An entry of default is what the clerk enters when the default is established by affidavit or otherwise. FED. R. CIV. P. 55(a). After [] default has been entered, plaintiff may apply for a judgment based on such default. This is a default judgment."); *Wilson v. Mail Contractors of Am., Inc.*, 2010 WL 11682194, at *1 (S.D. Miss. Aug. 9, 2010) (citing *Advanced Commun. Design, Inc. v. Premier Retail Networks, Inc.*, 46 Fed. App'x. 964, 969 (Fed. Cir. 2002); *Johnson v. Dayton Elec. Mfg. Co.*, 140 F.3d 781, 783 (8th Cir. 1998)). Sones has not sought, and the clerk has not entered, an entry of default under Rule 55(a) against any

defendant.[1] Sones's motions are therefore denied without prejudice to her right to re-file at the appropriate stage of this litigation.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff Kristy Mitchell Sones's [19] Motion for Default Judgment as to Daniel Eugene Lindsey is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff Kristy Mitchell Sones's [20] Motion for Default Judgment as to Jared "JC" Turner is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff Kristy Mitchell Sones's [21] Motion for Default Judgment as to JC South Pilot Car Service, LLC, is DENIED WITHOUT PREJUDICE.

This, the 25th day of June, 2026.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE

---

[1] To be sure, Sones does cite Rule 55(a) in her motions. But all three motions are titled, "Motion for Default Judgment." And each motions asks the Court to enter "Judgment by Default."